UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALKA SCHWARTZ,

                Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, AND U.S. BANK NATIONAL ASSOCIATION,

                Defendants.

Civil Action No.: 7:21-cv-09505-KMK

NOTICE OF SETTLEMENT (PARTIAL)

1.    Plaintiff Malka Schwartz hereby notifies the Court that this case has been settled between Plaintiff and defendant U.S. Bank National Association, the last remaining defendant in this action.

2.    A settlement agreement is in the process of being finalized between the parties. Once the settlement agreement is fully executed, and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed.

3.    The parties respectfully request that the Court stay this action and adjourn all deadlines and conferences.

DATED: June 1, 2022

**LAW OFFICE OF MOSHE BOROOSAN, P.C.**

*/s/ Moshe O. Boroosan*
MOSHE O. BOROOSAN
1318 Avenue J, 2nd Floor
Brooklyn, NY 11230
(404) 857-6229
moshe@boroosanlaw.com

*Attorneys for Plaintiff Malka Schwartz*

SO ORDERED
KENNETH M. KARAS, U.S.D.J.
6/3/22